UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:15-cr-45-FtM-38MRM

JERMAINE LEWIS, JR.

## ORDER

This matter comes before the Court on the Defendant's Motion to Appoint Investigator and Exceed Initial Investigative Fee Cap of $2,400.00 (Doc. #104) filed on July 28, 2015. Defense Counsel moves the Court for permission to appoint an investigator and to exceed the initial investigative fee cap of $2,400.00 as payment for the investigator's services. As grounds, Counsel indicates that discovery consists of five (5) DVDs containing in excess of 2,100 pages of documents, 2.3 hours of video clippings from cell phones, Excel worksheets with text messages from cellular phones and 970 images including photographs. Counsel seeks to retain the services of Doral Investigations to assist counsel in the review of discovery and in the preparation of this case. Doral Investigations charges $40.00 per hour. Counsel expects to exceed the cap of $2,400.00 by an additional $5,100.00, for a total of $7,500.00.

Upon review, pursuant to 18 U.S.C. § 3006(A)(e)(3), the Court will grant the Motion up to the maximum amount[1] of $2,400, and the rest will be paid contingent upon and

---

1 Pursuant to Guide to Judicial Policy, Vol. 7A, § 310.20.10(a)-(e), with prior authorization, compensation for investigative, expert, and other services is limited to $2,400.00. §310.20.20 provides that payment in excess of the $2,400.00 may be made when certified by the District Court and approved by the Chief Judge of the Circuit.

pending authorization from the Eleventh Circuit Court of Appeals. Upon receiving confirmation of approval from the Court, counsel shall forward a completed CJA 21 form to the CJA Deputy Clerk in the Orlando Division with a copy of the Memorandum confirming authorization.

Accordingly, it is now

**ORDERED:**

Defendant's Motion to Appoint Investigator and Exceed Initial Investigative Fee Cap of $2,400.00 (Doc. #104) is **GRANTED** and the additional amount requested remains pending authorization from the Eleventh Circuit Court of Appeals.

**DONE AND ORDERED** at Fort Myers, Florida, this 30th day of July, 2015.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record