UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                              CASE NO: 2:15-cr-45-FtM-38MRM

JERMAINE LEWIS, JR.

## ORDER

This matter comes before the Court on the Defendant's Motion to Extend Surrender Date (Doc. #350) filed on September 27, 2016.  Defendant moves for an extension to the date the court ordered the defendant to self-surrender to begin the term of incarceration.  As grounds for the extension, defendant indicates his wife had spinal surgery and is at home on bed rest.  Defendant requires additional time to assist in the care and recovery of his wife and their minor children.  The Court, having considered the motion, finds good cause and will grant the extension as outlined below.

Accordingly, it is now

**ORDERED:**

The Defendant's Motion to Extend Surrender Date (Doc. 350) is **GRANTED**.  The self-surrender date will be extended to **NOVEMBER 28, 2016** unless otherwise notified by the Bureau of Prisons.

**DONE AND ORDERED** at Fort Myers, Florida, this October 6, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record
US Marshals